## JAMES v. WATSON.

### (No. 1375.)

JUDGMENT BY DEFAULT.— Citation sent to another county not good unless accompanied by copy of petition.

APPEAL from Jefferson county. Opinion by WALKER, P. J.

Suit by appellee against appellant in Jefferson county. Appellee lived in Grayson county. Citation issued to that county, and was returned indorsed: "Came to hand —— and executed —— by delivering to the within named defendant, ——, a true copy of the citation." Judgment by default taken, and defendant brings it up by writ of error. *Held*:

1. The delivery to defendant of a copy of the plaintiff's petition is rendered by law as indispensable to valid service as the delivery to defendant of a copy of the citation; neither the copy of one nor the other can be omitted. 11 Tex., 256; 19 Tex., 56; 4 Tex., 309.

2. Where the service of the citation appears from the record to be defective, it is not incumbent on the defendant to appear and make the objection in the court below; he may take advantage of it by writ of error. 4 Tex., 49.

3. The citation and sheriff's return are before this court as a part of the record, and *a fortiori*, the mere construction in law as to validity of the service as contained in the judgment cannot be regarded. 45 Tex., 466; 17 Tex., 649.

REVERSED AND REMANDED.